[This opinion has been published in *Ohio Official Reports* at 73 Ohio St.3d 714.]

FOSTER ET AL. APPELLEE, *v.* CLEVELAND HEIGHTS/UNIVERSITY HEIGHTS BOARD OF EDUCATION ET AL. APPELLANTS.

[Cite as *Foster v. Cleveland Hts./Univ. Hts. Bd. of Edn.*, 1995-Ohio-55.]

*Schools—Tort liability—Statutes of limitations—R.C. 2744.04(A) is unconstitutional as applied to minors.*

(No. 94-2515—Submitted September 13, 1995—Decided October 4, 1995.)

APPEAL from the Court of Appeals for Cuyahgoa County, No. 66852.

————————————

*Cornrich, Katz & Cornrich Co., L.P.A.*, and *Janet McCamley*, for appellees.

*Thomas J. Downs*, for appellants.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Adamsky v. Buckeye Local School Dist.* (1995), 73 Ohio St.3d 360, 653 N.E.2d 212.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., dissents.

————————————